| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) RUSSELL, BARRY | 2. Court or Organization UNITED STATES BANKRUPTCY COURT | 3. Date of Report 05/15/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/1/2011 to 12/31/2011 |

**7. Chambers or Office Address**

ROYBAL FEDERAL BUILDING
255 E. TEMPLE ST., SUITE 1660
LOS ANGELES, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. DIRECTOR | L.A. F.B.A. MEDAL OF VALOR FOUNDATION, NON-PROFIT |
| 2. DIRECTOR | WESTERN JUSTICE CENTER FOUNDATION, NON-PROFIT |
| 3. DIRECTOR | ACTIVITY SOURCE FOR SENIORS, INC. - NON-PROFIT |
| 4. DIRECTOR | NATIONAL GRIEF SUPPORT SERVICES, INC. - NON-PROFIT |
| 5. DIRECTOR | L.A. F.B.A. LEGAL EDUCATION FOUNDATION - NON-PROFIT |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, BARRY | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | BOOK ROYALTY - THOMSON-WEST | $58,964.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | March 30-April 3, 2011 | Glaylord Resort, MD | Bankruptcy Lecture | Meals, Hotel & Transportation |
| 2. | California Bankruptcy Forum | May 19-22, 2011 | Lake Tahoe, CA | Bankruptcy Lecture | Meals, Hotel & Transportation |
| 3. | University of Kentucy | June 1-3, 2011 | Lexington, Kentucky | Bankruptcy Lecture | Meals, Hotel & Transportation |
| 4. | Association of Insolvency & Bankruptcy Restructuring Advisors | June 8-11, 2011 | Boston, MA | Bankruptcy Lecture | Meals, Hotel & Transportation |
| 5. | NACTT | August 3-6, 2011 | Anaheim, CA | Bankruptcy Lecture | Meals, Hotel & Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **RUSSELL, BARRY** | 05/15/2012 |

| | | | | |
|---|---|---|---|---|
| 6. | American Bankruptcy Institute | September 8-10, 2011 | Las Vegas, NV | Conference and Lecture | Meals, Hotel & Transportation |
| 7. | American Bankruptcy Institute | October 11-15, 2011 | Tampa, FL | Conference and Lecture | Meals, Hotel & Transportation |
| 8. | American Bankruptcy Institute | December 1-3, 2011 | La Quinta, CA | Conference and Lecture | Meals, Hotel & Transportation |
| 9. | American Bankruptcy Institute | December 6-11, 2011 | New York, NY | Conference and Lecture | Meals, Hotel & Transportation |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RUSSELL, BARRY** | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RUSSELL, BARRY** | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southland Civic Credit Union, Los Angeles, CA | C | Interest | M | T | | | | | |
| 2. Dean Witter, IRA - MSDW DIVIDEND GROWTH B | A | Dividend | K | T | | | | | |
| 3. M.L.STERN & CO. PROFIT SHARING PENSION PLAN | A | Dividend | J | T | | | | | |
| 4. American Tax Credit Prop II, LTD, Partneship | A | Interest | J | U | | | | | |
| 5. Opportunity Trust, IRA, Emergency Market | A | Dividend | J | T | | | | | |
| 6. Boston Financial Qual Tax CR Partnership | A | Interest | J | U | | | | | |
| 7. BF Qual HSG Tax Credit LP 5 | A | Interest | J | U | | | | | |
| 8. FMA Equity Growth LTD | A | Interest | M | T | | | | | |
| 9. ML STERN (See VIII Additional Inofrmation) | D | Interest | M | T | | | | | |
| 10. Time Share (See VIII Additional Information) | | None | J | R | | | | | |
| 11. Wells Fargo Bank, Checking account | A | Interest | J | T | | | | | |
| 12. Times to Treasure (Book & Tape) Sole Proprietorship | | None | J | U | | | | | |
| 13. Rosenfeld Yerisha Properties, LTD, Partnership (See VII Add | A | Rent | K | W | | | | | |
| 14. MSFT | | None | J | T | | | | | |
| 15. LUCENT | | None | J | T | | | | | |
| 16. CISCO | | None | J | T | | | | | |
| 17. AOL | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, BARRY | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IBM | | None | J | T | | | | | |
| 19. YHOO | | None | J | T | | | | | |
| 20. INTEL | | None | J | T | | | | | |
| 21. E-TRADE | | None | J | T | | | | | |
| 22. VTSS | | None | J | T | | | | | |
| 23. MCI | | None | J | T | | | | | |
| 24. AMAT | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, BARRY | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

RE: VII. INVESTMENT AND TRUSTS:

No. 9. ML STERN

MUNICIPAL BONDS:

| | | | |
|---|---|---|---|
| Berkeley Calif Uni Sch Dist | B interest | K | T |
| Calif Statewide CMNTYS | B interest | K | T |
| Los Angeles Calif Wastewt | B interest | K | T |
| San Francisco Calif City ARPTS | A interest | K | T |
| San Marcos Calif REDEV AG | B interest | K | T |
| Sierra View Calif LOC HLT | B interest | K | T |

PREFERRED STOCK:

ABN AMRO CAP FUND       A interest K  T

No. 10. Time Share - Palm Springs  Purchased December 13, 1996  $7,990.00

No. 13   Rosenfeld Yerisha Properties, LTD, Property is located in Columbus, Ohio

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BARRY RUSSELL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544